### 26032. STANCEL *v.* THE STATE.

GUERRY, J. This case is controlled by the decision rendered in *Crow* v. *State,* ante, 288.

*Judgment reversed. Broyles, C. J., and MacIntyre, J., concur.*